IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**LARRY E WALDEN**  **PETITIONER**
**ADC #149502**

VS.                    CASE NO. 5:17-CV-241-JM-BD

**WENDY KELLEY, Director,**  **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

The Court has carefully reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Mr. Walden's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Petitioner Mr. Larry Walden's petition for writ of habeas corpus (docket entry #2) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 13th day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE